# EXHIBIT 3

**DLIF Investor Activity**

| | |
|---|---|
| Investor Name | Daishin Securities Co., Ltd. |
| Investor ID | [redacted] |
| Investment Fund | Direct Lending Income Fund, L.P. |

**Activity Summary**

| | Pre-Receivership |
|---|---|
| Total Cash Subscriptions | $47,158,700.00 |
| Total Cash Redemptions and Distributions | ($49,774,952.67) |
| **Net Profits Paid** | **($2,616,252.67)** |

**Activity Detail**

| Payment/Cash Clear Date | Cash Subscriptions | Cash Redemptions & Distributions | Cumulative Activity |
|---|---|---|---|
| 3/30/2017 | $18,730,600.00 | - | $18,730,600.00 |
| 4/27/2017 | $28,428,100.00 | - | $47,158,700.00 |
| 5/30/2017 | - | ($134,376.67) | $47,024,323.33 |
| 6/27/2017 | - | ($276,056.85) | $46,748,266.48 |
| 7/27/2017 | - | ($352,910.55) | $46,395,355.93 |
| 8/30/2017 | - | ($350,731.44) | $46,044,624.49 |
| 9/28/2017 | - | ($299,897.90) | $45,744,726.59 |
| 10/5/2017 | - | ($15,187,000.00) | $30,557,726.59 |
| 10/26/2017 | - | ($309,646.00) | $30,248,080.59 |
| 11/3/2017 | - | ($11,776,000.00) | $18,472,080.59 |
| 11/29/2017 | - | ($196,820.91) | $18,275,259.68 |
| 12/27/2017 | - | ($128,345.11) | $18,146,914.57 |
| 1/30/2018 | - | ($194,380.50) | $17,952,534.07 |
| 2/27/2018 | - | ($133,058.25) | $17,819,475.82 |
| 3/12/2018 | - | ($3,543,600.00) | $14,275,875.82 |
| 3/28/2018 | - | ($123,647.84) | $14,152,227.98 |
| 4/12/2018 | - | ($14,986,890.00) | ($834,662.02) |
| 4/25/2018 | - | ($1,781,590.65) | ($2,616,252.67) |
| **Total Activity** | **$47,158,700.00** | **($49,774,952.67)** | **($2,616,252.67)** |