# EXHIBIT 7

## APPENDIX A – FORM OF REQUEST FOR WITHDRAWAL

Direct Lending Investments, LLC
General Partner, Direct Lending Income Fund, L.P.
1150 Foothill Boulevard, Suite F
La Canada, CA 91011

This Request must be made at least 35 days prior to the close of business on the last day of a calendar month.

Re:   Direct Lending Income Fund, L.P., Request for Withdrawal

Brendan Ross, Managing Member:

Reference is made to the Sixth Amended and Restated Limited Partnership Agreement dated as of September 30, 2016 (as the same may be amended, supplemented or revised from time to time, the "*Partnership Agreement*") of Direct Lending Income Fund, L.P., a Delaware limited partnership (the "*Partnership*"). All capitalized terms used but not defined herein shall have the meanings given to them in the Partnership Agreement.

The undersigned is a Partner in the Partnership and, pursuant to *Section 4.01(a)* of the Partnership Agreement, hereby requests to withdraw the following amount from the undersigned's Capital Account in the Partnership as of the next Withdrawal Date and to receive the proceeds thereof as directed below:

(Check one)

☐ _____ % of the Limited Partner's Capital Account; or
☑ $ 11,776,000.00

Payment will be made by wire transfer as follows:

1. Name of Bank:   KEB Hana Bank
2. Address of Bank:   66, Eulji-ro, Jung-gu, Seoul, Korea
3. ABA Number:   KOEXKRSE
4. Account Number:   [redacted]
5. Account Name:   Daishin Securities Co., Ltd.
6. FFC Account Number (optional):
7. FFC Account Name (optional):
8. Ref/Note (optional):

If funds are to be wired to a brokerage account,
please put the brokerage account number
and name in the FFC fields

Institutional Subscription Booklet        20        Direct Lending Income Fund, L.P.

Sharp v. Daishin, Exhibit 7
Withdrawal Request Page 2 of 3

Daishin Securities Co., Ltd.
Legal Name of Limited Partner

_[signature]_  2017-09-21
Signature       Date

Doohwan Kim
Print Name of Authorized Signatory

Senior General Manager
Title of Authorized Signatory

Institutional Subscription Booklet　　21　　Direct Lending Income Fund, L.P.

Sharp v. Daishin, Exhibit 7
Withdrawal Request Page 3 of 3